TIMOTHY P. NEUMANN, ESQ.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 ABE VOORHEES DRIVE
MANASQUAN, NEW JERSEY 08736
TNEUMANN@BNFSBANKRUPTCY.COM
PHONE 732 223 8484
FAX 732 223 2416
ATTORNEY FOR DEFENDANTS
TN6429

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: : | CHAPTER 7 |
| MICHAEL J. QUIGLEY, III : | |
|  : | CASE NO. 08-24297/KCF |
| Debtor : | |
| PEGGY E. STALFORD, CHAPTER 7 : | ADV. PRO. NO. 09-1723 |
| TRUSTEE FOR THE DEBTOR ESTATE : | |
| OF MICHAEL J. QUIGLEY, III : | |
|  : | |
| Plaintiff : | |
| v. : | |
|  : | |
| MICHAEL J. QUIGLEY, III and : | |
| MARIANNE G. QUIGLEY : | |
|  : | |
| Defendants : | |

### ANSWER TO COMPLAINT TO (i) BAR DISCHARGE OF DEBT PURSUANT TO 11 U.S.C. §727, (ii) TO AVOID FRAUDULENT TRANSFERS AND OTHER RELATED RELIEF

#### STATEMENT OF JURISDICTION

1-3.     Admitted.

#### PARTIES

4-6.     Admitted.

#### COUNT ONE

7-10.    Admitted.

11. Denied.

12. Admitted.

13. Denied.

14. Denied that there are any documents that have not been turned over. The remainder of the allegations contained in paragraph 14 are admitted.

15-20. Denied.

## COUNT TWO

21. Defendants repeat their answers to the allegations contained in each and every allegation contained in paragraphs 1-20 of the complaint as though the same were more fully and at length set forth herein.

22. Admitted except that there cannot be two majority members.

23. Denied that policy number 40061050 and policy number 40067925 were to fund the Buy/Sell Agreement. The remainder of the allegations contained in paragraph 23 of the complaint are admitted.

24. Denied.

25. Admitted.

26-43. Denied.

## COUNT THREE

44. Defendants repeat their answers to the allegations contained in each and every allegation contained in paragraphs 1-43 of the complaint as though the same were more fully and at length set forth herein.

45-46. Admitted.

47-54. Denied.

55.     Admitted.

56.     Denied.

## COUNT FOUR

57.     Defendants repeat their answers to the allegations contained in each and every allegation contained in paragraphs 1-56 of the complaint as though the same were more fully and at length set forth herein.

58-67.     Denied.

## FIRST SEPARATE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

        BROEGE, NEUMANN, FISCHER & SHAVER, LLC
        Attorneys for Defendants

        By /s/ Timothy P. Neumann

Dated: May 29, 2009